JANE RECHTWEG, an Infant, by DOROTHY C. RECHTWEG, Her Guardian ad Litem, and Others, Respondents, v. KENELMN H. EDEN and Others, Constituting the Board of Water Commissioners of the Manhasset-Lakeville Water District in the Town of North Hempstead, Nassau County, New York, and KENELMN H. EDEN and Others, Constituting the Board of Fire Commissioners of the Manhasset-Lakeville Fire District in the Town of North Hempstead, Nassau

County, New York, and Others, Appellants, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.